**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**CASE NO. 5:24-cv-580-BO-BM**

| | | |
|---|---|---|
| CYNTHIA MICHELLE SESSOMS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>USHEALTH ADVISORS, LLC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **PUTATIVE CLASS ACTION** |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Cynthia Michelle Sessoms and Defendant USHealth Advisors, LLC hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, inclusive of all claims asserted, or that could have been asserted, by Plaintiff individually against Defendant, be, and the same hereby are, dismissed in its entirety without prejudice, with each party bearing its own fees and costs.

Dated: September 22, 2026

Respectfully submitted,

| | |
|---|---|
| **WILKERSON JUSTUS PLLC**<br><br>*s/ David M. Wilkerson*<br>DAVID M. WILKERSON<br>NC State Bar No. 35742<br>Attorney for Plaintiff<br>P.O. Box 54<br>Asheville, NC 28802 | *<u>/s/ Jeffrey A. Backman</u>*<br>Jeffrey A. Backman, Esq.<br>Greenspoon Marder LLP<br>Partner<br>200 East Broward Boulevard<br>Suite 1800<br>Fort Lauderdale, FL 33301 |

| | |
|---|---|
| (828)316-6902<br>dwilkerson@wilkersonjustus.com<br>Local Civil Rule 83.1(d) Counsel<br><br>**HIRALDO P.A.**<br>Manuel S. Hiraldo<br>401 E. Las Olas Boulevard<br>Suite 1400<br>Ft. Lauderdale, Florida 33301<br>mhiraldo@hiraldolaw.com<br>Telephone: 954.400.4713<br><br>*Counsel for Plaintiff* | Direct Phone Number - (954)734-1853<br>Email: jeffrey.backman@gmlaw.com<br><br>*Counsel for Defendant* |